SANDRA E. STONE (SBN 161267); sstone@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
PACIFIC LAW PARTNERS, LLP
2000 Powell Street, Suite 950
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

ATTORNEYS FOR DEFENDANT
State Farm General Insurance Company
(erroneously sued herein as "State Farm General Insurance Company, Inc.")

JAMES D. HENDERSON, JR.
THE LAW OFFICES OF JAMES D. HENDERSON, JR.
2530 Wilshire Blvd., Ste. 210
Santa Monica, CA 90403
Tel: (310) 264-1898
Fax: (310) 264-4755
jdhjunior@gmail.com

ATTORNEY FOR PLAINTIFF
Holly Bayes

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOLLY BAYES, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, INC., an Illinois Corporation; and DOES 1-10, inclusive. <br><br> Defendants. | Case No.: 2:16-cv-03525-RGK-AGR <br><br> **[PROPOSED]** FINAL JUDGMENT |

Plaintiff Holly Bayes and Defendant State Farm General Insurance Company ("State Farm"), by and through their respective counsel, have entered into a Stipulation for Entry of Final Judgment, consenting to entry of this Final Judgment and preserving State Farm's right to appeal the Court's denial of summary judgment on plaintiff's breach of contract cause of action. Therefore, the Court hereby ORDERS that:

Pursuant to the Court's Order Re: Defendants State Farm's Motion for Summary Judgment (DE 29), judgment is entered in favor of State Farm and against plaintiff, on the second cause of action for breach of the implied duty of good faith and fair dealing.

Based on the legal rulings in the Court's summary judgment order and on the parties' Stipulation for Entry of Final Judgment, the Court enters judgment in favor of plaintiff and against State Farm, on the first cause of action for breach of contract, in the amount of one million dollars ($1,000,000.00).

The Court shall retain jurisdiction over this matter for purposes of enforcing this Final Judgment.

IT IS SO ORDERED:

DATED: June 21, 2017

_____
HON. R. GARY KLAUSNER
United States District Judge